# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES ZIMMERMAN, Derivatively on Behalf of BAUSCH & LOMB INCORPORATED and Individually on Behalf of Himself and all Others Similarly Situated, | : Civil Action No. 07-CV-6411-MAT-MWP |
| Plaintiff, | |
| vs. | |
| RONALD L. ZARRELLA, WILLIAM H. WALTRIP, WILLIAM M. CARPENTER, STEPHAN C. MCCLUSKI, JOHN M. LOUGHLIN, DWAIN L. HAHS, ANGELINA J. PANZARELLA, ROBERT B. STILES, KAMAL K. SARBADHIKARI, GEOFFREY F. IDE, RUTH R. MCMULLIN, KENNETH L. WOLFE, LINDA JOHNSON RICE, JONATHAN S. LINEN, DOMENICO DE SOLE, BARRY W. WILSON, PAUL A. FRIEDMAN, ALAN M. BENNETT, JOHN R. PURCELL, FRANKLIN E. AGNEW, ALVIN W. TRIVELPIECE, CATHERINE M. BURZIK and WARBURG PINCUS LLC, | |
| Defendants, | |
| -and- | |
| BAUSCH & LOMB INCORPORATED, a New York corporation, | |
| Nominal Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that plaintiff Charles Zimmerman, through his counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the above-captioned action without prejudice.

DATED:  August 23, 2007	FARUQI & FARUQI, LLP

/s/ Beth A. Keller
NADEEM FARUQI (NF-1184)
SHANE T. ROWLEY (SR-0740)
EMILY C. KOMLOSSY (EK-5908)
BETH A. KELLER (BK-9421)
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331

*Counsel for Plaintiff*

- 3 -

## **CERTIFICATE OF SERVICE**

       I hereby certify that on August 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List. I further certify that I have sent the foregoing document via overnight delivery to the following:

| | |
|---|---|
| William Savitt<br>Won S. Shin<br>WACHTELL, LIPTON, ROSEN & KATZ<br>51 W. 52nd Street<br>New York, NY 10019 | Deborah M. Buell<br>CLEARY GOTTLIEB STEEN<br>  & HAMILTON LLP<br>One Liberty Plaza<br>New York, NY 10006 |

                                        s/Beth A. Keller
                                        Beth A. Keller